UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                        CASE NO.: 2:10-cr-36-SPC-DNF

DARRYL LAMAR POWELL

## **ORDER**

Defendant Darryl Lamar Powell's Motion for Early Termination of Probation (Docs. 141, 143) is before the court. The United States Attorney's Office and the Probation Office are not opposed to the relief. For the reasons below, the Court grants the motion.

In March 2010, Defendant was indicted for possessing a firearm and ammunition as a felon in violation of 18 U.S.C. § 922(g)(1), 924(e), and 2. (Doc. 1). After a jury trial, Defendant was found guilty. (Doc. 72). Defendant was sentenced to the mandatory minimum sentence of fifteen years imprisonment followed by five years of supervised release. (Doc. 87). Defendant was released from prison in 2022. More than halfway through his term of supervised release, Defendant requests the Court terminate his supervision.

After considering the factors in 18 U.S.C. § 3553(a), a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released

and in the interest of justice[.]"  18 U.S.C. § 3583(e)(1).  A court has the discretion to end a term of supervised release early. *See United States v. Cordero*, 7 F.4th 1058, 1069 (11th Cir. 2021).

After considering the above principles against Defendant's motion and the record, the Court grants his unopposed requested relief.  Defendant served his sentence and has complied with all terms and conditions imposed by the Court.  He has served two and a half years of his supervised release.  He has been employed since his release from prison and has consistently tested negative for illegal substances.  Neither the Government nor the Probation Office object to terminating the Defendant's supervision early.  The Court is thus satisfied that the interest of justice warrants terminating his supervised release.

Accordingly, it is now

**ORDERED:**

Defendant Darryl Lamar Powell's Motion for Early Termination of Probation (Docs. 141, 143) is **GRANTED**.  Powell's supervised release shall terminate on August 16, 2024.

**DONE AND ORDERED** in Fort Myers, Florida on August 2, 2024.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record